UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-897-LCB-JLW

STACIE MCLEAN, )
Plaintiff, )
vs. )
LIBERTY MUTUAL GROUP, INC., )
Defendant. )

D E P O S I T I O N

OF

**MELANIE FOLEY**

Via Zoom Videoconference

Friday, November 15, 2024

REPORTER: ELAINE F. HAYES
Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
980.339.3575

Q. I won't go back too far because this case centers in 2021, but before that, the increase of responsibility you just talked about, what was the most recent increase before that one if you recall?
A. In 2019, we established an office of sustainability that reports to me.
Q. What does the office of sustainability do?
A. They develop our strategy around top leadership reporting and our own kind of corporate policies around our greenhouse gas emissions, things like that.
Q. In your current role, how many people report directly to you? I know this is probably -- this could be overstating it -- a bunch of people who ultimately report up to you, but do you have direct reports today?
A. Six. More finger math.
Q. How long has it been six?
A. Probably a year and a half.
Q. All right. Let's focus on, if you can, 2022. How many people reported directly to you? Did I say 2022? I meant 2021.
A. I don't remember.
Q. Do you think it was more or less than six?
A. More.

Q. Do you know whether or not she was a talent advisor of some sort?
A. Yes.
Q. Did she report to Ms. Ughetta?
A. I believe so.
Q. Were you aware of any performance issues she had during her time at Liberty Mutual?
A. I'm not aware.
Q. Do you know when she started working for Liberty Mutual?
A. I don't recall.
Q. Did you have anything to do with her hiring?
A. No.
Q. Would that have been Ms. Ughetta?
A. I don't know.
Q. Do you know one way or the other whether she ever received a corrective action during her time at Liberty Mutual?
A. I don't know.
Q. Do you know one way or the other whether she was put on probation during her time at Liberty Mutual?
A. I don't know.
Q. Do you know whether she got any other type of written discipline during her time there?
A. I don't know.

Q. This is also from August 12th, 2021, right?
A. Yes.
Q. And this appears to be a message from Mr. Vigue to Jennifer Ughetta, right?
A. Yes.
Q. And it says, "Hey, you may know this already, but Stacie reached out to both Charlotte and I earlier," right?
A. That's what it says.
Q. And as of August 12th, were you aware -- I guess were you ever made aware by Ms. Ughetta that Ms. McLean was looking for information related to black employees at Liberty Mutual?
A. No.

MR. HERRMANN: If you're close, this would be a good time to take a break, so let's do that. I'm going to mute myself for just a second. I need to ask Ms. McLean a question, and then I'll let you know how long the break is going to be.

(Brief pause.)

MR. HERRMANN: All right. So this will be probably a ten-minute break, so about 2:45 we'll be back on. Okay.

MS. BALSON: All right. Sounds good. Thank