Message

**From:** Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent:** 9/16/2021 8:53:22 PM
**To:** Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject:** FW: Onboarding
**Importance:** High

For file

---

**From:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Sent:** Wednesday, August 18, 2021 9:52 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** FW: Onboarding
**Importance:** High

Ugh, reference to org changes will create anxiety, but I will be meeting with everyone tomorrow anyway. Innocent mistake…

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Wednesday, August 18, 2021 9:23 PM
**To:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Johnson, Matthew E <MatthewE.Johnson@LibertyMutual.com>; Skelly, Joseph <JOSEPH.SKELLY@LibertyMutual.com>; Stanberry, Ann <Ann.Stanberry@LibertyMutual.com>; Stevenson, Catherine <CATHERINE.STEVENSON@LibertyMutual.com>; Waterhouse, James <JAMES.WATERHOUSE@LibertyMutual.com>
**Subject:** Onboarding
**Importance:** High

Hi Team –

I need to take a couple of weeks to take the time to truly onboard and ground myself in Liberty. Just giving everyone a head's up that this will be my focus. I know several you will be on FTO during this time so I'm hoping it's a good time to step away and get caught up and be able to process and digest all that I've been engaged with in the last two months. There are org changes etc. that are underway and being addressed and Jen U. will ensure those continue to move forward.

Wish me luck! 😉

~ Stacie

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From:** Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent:** 9/16/2021 8:58:55 PM
**To:** Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject:** FW: Stacie - On-boarding

You should have this but sending again for file just in case

---

**From:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Sent:** Tuesday, August 10, 2021 12:54 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

Thanks, Jen. Nothing pressing on my end.

That makes sense, Parker. I was thinking that would be more your Comms person, but I get the sensitivity of some conversations.

I'm confident we'll figure this out!

Julie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Monday, August 9, 2021 9:15 PM
**To:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

Wow – thanks for the heads up – I have reached out to Stacie to understand her calendar and help her prioritize. Sounds like she is getting you what you need right now Parker, Julie – is there something I can help with while she gets up to speed? I can always ask someone from the team to lean in and help during this transition…

---

**From:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>
**Sent:** Monday, August 9, 2021 8:40 PM
**To:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

This might be—at least in part—the CPO/CA org announcements 😬. Pulling together the CPO announcements/timeline cadence last week on short notice + this week working on the comms plan for my backfill—and crafting the sensitive talking points needed for some conversations—may be eating into her planned onboarding time. I doubt it's taking up all of it, but I know she was planning on sending talking points to me tomorrow afternoon so she's definitely working on them. Sorry ☹

---

**From:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Sent:** Monday, August 9, 2021 8:31 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Koppelman, Parker

CONFIDENTIAL McLean / Liberty Mutual

<PARKER.KOPPELMAN@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

Hi all,

I wanted to share a quick update from my IM exchange with Stacie tonight. She proactively reached out to check in, and she seems like she's in a better head space. That said, I was disappointed that she wasn't spending time onboarding because I pulled her from my meetings last week and this week and set expectations with my team to give her space. Sounds like that's needed regardless, but wanted to share with you given her specific request about time for onboarding – wondering if we need to revisit the plan/approach? I don't know what's getting in the way, but if there are things I can do to support, just let me know. For now, I wanted to create awareness with this group.

Thanks,
Julie

> [6:37 PM] Haase, Julie
> Hi Stacie! Thanks for checking in. I hope your onboarding is going well. I'm sure you can't dedicate 100% with everything going on, but hopefully you can create the time and focus to give you a stronger foundation.
>
> [6:38 PM] Haase, Julie
> I'm doing well. Agree, tons going on, but feeling good. Let me know if there's anything you need or want to connect on. Have a great evening as well!
>
> [6:41 PM] McLean, Stacie
> There's no onboarding going on Julie. I tried my hardest to control my calendar and block time...the reality is there's lots of stuff that still needs to be done (an by me) that are the priority and as much as I try to be protective of my time, it's just not happening. One day at a time is how I have to take it. Glad you're feeling good and appreciate your support.
>
> [6:43 PM] Haase, Julie
> Ugh...that's too bad. I've been trying to give you space and I asked my directs to as well. Let's keep an open conversation. On the job and experiential learning is helpful too - I just want to make sure you have time to step back and understand Liberty's processes, concepts, etc. Let me know how I can help!
>
> [6:43 PM] Haase, Julie
> One day at a time is a good mindset. smile
>
> [6:46 PM] McLean, Stacie
> I'm in the thick of stuff now so it's hard to drawback. I know you've been giving me space and I appreciate it. There's just lots going on so I'll have to roll with that. Yes, appreciate the open convo. Agree on the different types of learning. I hope I have time to step back, it's just not this week unfortunately. Thanks again!

CONFIDENTIAL
McLean / Liberty Mutual

---

**From:** Haase, Julie
**Sent:** Friday, July 30, 2021 4:16 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

Hi Jen,

Thanks for setting this context. I too want Stacie to be successful, and I think she can be. It's very clear that she understands strategic HR concepts, but she doesn't yet know how they work at Liberty and is definitely feeling overwhelmed by the complexity of our organization. We had a very candid conversation, and I appreciate that she shared so openly what she's observed and experienced in her first ~60 days. A fresh perspective is helpful and welcome and makes me rethink certain things. At the same time, I sensed that because she's so overwhelmed, she's below-the-line and a bit in survivor mode of judging what's wrong rather than being above the line and curious about why we do certain things or how we productively move forward. Today was the first step for her to share her feelings and observations, and hopefully that was cathartic. We didn't get into the contracting of what's important to me, but we can move to that next.

We also looked at the calendar for the next two weeks so she can prioritize her Liberty/T&ES onboarding. She and I adjusted our 1x1 to 30 min this Monday and she has a ~45 min T&ES segment at my leadership meeting next Wednesday. Otherwise, she doesn't need to be at any other meetings for me over these two weeks. From there, we can figure out what to prioritize go-forward.

Regarding the time she has with my leadership team next Wednesday, she wants to share some of this feedback with my team and start to level set expectations around support she provides my directs and me vs. the rest of the organization. I'm supportive of this. I just asked that we also build a plan to educate my other leaders on processes/where they go for certain activities. I don't have a good sense yet for the types of requests she's getting, so we can dig into that more. The part that worries me a bit is that she said the TA model 'sucks' because she doesn't have her own team and processes are broken – if that last part is true, she can't fix that on her own, so something for you and Kathy to think about. I suggested she start a list of items she thought were broken and it could be shared with the right people within T&ES.

I'm fully committed to helping her be successful and will continue to work with her on it. If there are other things you're hearing or seeing, please let me know.

Have a great weekend!

Julie

CONFIDENTIAL
McLean / Liberty Mutual

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Tuesday, July 27, 2021 7:02 PM
**To:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** Stacie - On-boarding

Julie and Parker – In follow up to our brief IM exchanges, I wanted to follow up on my recent conversation with Stacie. Copying Kathy here. As my STA , Kathy has been working closely with Stacie on her on-boarding.

As she shared with all of you, Stacie is feeling a bit overwhelmed as she learns to navigate our complex Liberty environment. I can relate to what she is feeling since I was there feeling similarly overwhelmed (and quite honestly lonely) just a few short years ago. Knowing how it can feel, I want to make sure that I am helping her navigate and empower her to have the conversations she needs to be successful here.

I have encouraged her to have "contracting conversations" with both of you…what is important to you, where do you want her to focus, where can she add the most value, what are you getting that you appreciate, what are you not getting that you want, etc. I also want her to have a voice and share where she thinks she can add the most value – which may be slightly different than what you are asking for…I'm not sure of that, but I encouraged her to start that kind of open strategic dialogue. She should share some of her experience so that you know what she can bring to your table. Ultimately you will have to decide together with her on what her focus and priorities should be in order to be the strongest partner for each of you.

She is feeling over taxed by meetings (I can relate) – so I encouraged her to find out what are most meaningful to you and where it is ok to miss certain meetings. I will do the same with her as well. She is also getting pulled into things down deep in your organizations so we need to make sure we figure out how best to handle those requests appropriately. I do know she is wiling to go tactical where needed (Parker you raised this) but wants to make sure its for the right items and reasons (versus TDT etc). Again – I think you can chat and agree on what makes sense.

And as we become an even more virtual organization that is willing to bring external hires into our org, I do feel we need to make sure we have these conversations and put support in place to ensure externals get the added support they need. We will be working on this in T&ES – and I ask you to think about how you and your teams can help her acclimate in this very complex virtual environment. (Julie you mentioned maybe a business lead for GRM on-boarding)

Thanks for your partnerships! I think Stacie can be an asset and a change agent for us in GRM as well as T&ES and I don't want to lose her, so I appreciate your help in leaning in and making sure we do everything we can to help this be a successful relationship! Thank you for the candid feedback!

I appreciate all of you!

Jen

Jennifer Ughetta
she/her/hers
Chief Talent Officer, Global Retail Markets
Liberty Mutual Insurance
157 Berkeley Street,
Boston, MA 02116

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From**: Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent**: 9/16/2021 9:00:09 PM
**To**: Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject**: FW: Stacie - On-boarding

---

**From:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Sent:** Friday, July 30, 2021 5:05 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** RE: Stacie - On-boarding

Yes, that's why I could tell she's still not in a good state, but hoping her spa day tomorrow and the conversations today help her get back above the line.

She also mentioned a skip level with Melanie in a few weeks, so not sure what she'll say to her…

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Friday, July 30, 2021 4:49 PM
**To:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Subject:** Re: Stacie - On-boarding

Thanks so much Julie! Did she literally say the model sucks and processes are broken?

Sent from my iPhone

> On Jul 30, 2021, at 4:16 PM, Haase, Julie <JULIE.HAASE@libertymutual.com> wrote:
>
> Hi Jen,
>
> Thanks for setting this context. I too want Stacie to be successful, and I think she can be. It's very clear that she understands strategic HR concepts, but she doesn't yet know how they work at Liberty and is definitely feeling overwhelmed by the complexity of our organization. We had a very candid conversation, and I appreciate that she shared so openly what she's observed and experienced in her first ~60 days. A fresh perspective is helpful and welcome and makes me rethink certain things. At the same time, I sensed that because she's so overwhelmed, she's below-the-line and a bit in survivor mode of judging what's wrong rather than being above the line and curious about why we do certain things or how we productively move forward. Today was the first step for her to share her feelings and observations, and hopefully that was cathartic. We didn't get into the contracting of what's important to me, but we can move to that next.
>
> We also looked at the calendar for the next two weeks so she can prioritize her Liberty/T&ES onboarding. She and I adjusted our 1x1 to 30 min this Monday and she has a ~45 min T&ES segment at my leadership meeting next Wednesday. Otherwise, she doesn't need to be at any other meetings for me over these two weeks. From there, we can figure out what to prioritize go-forward.

CONFIDENTIAL
McLean / Liberty Mutual

Regarding the time she has with my leadership team next Wednesday, she wants to share some of this feedback with my team and start to level set expectations around support she provides my directs and me vs. the rest of the organization. I'm supportive of this. I just asked that we also build a plan to educate my other leaders on processes/where they go for certain activities. I don't have a good sense yet for the types of requests she's getting, so we can dig into that more. The part that worries me a bit is that she said the TA model 'sucks' because she doesn't have her own team and processes are broken – if that last part is true, she can't fix that on her own, so something for you and Kathy to think about. I suggested she start a list of items she thought were broken and it could be shared with the right people within T&ES.

I'm fully committed to helping her be successful and will continue to work with her on it. If there are other things you're hearing or seeing, please let me know.

Have a great weekend!

Julie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Tuesday, July 27, 2021 7:02 PM
**To:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Cc:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** Stacie - On-boarding

Julie and Parker – In follow up to our brief IM exchanges, I wanted to follow up on my recent conversation with Stacie. Copying Kathy here. As my STA , Kathy has been working closely with Stacie on her on-boarding.

As she shared with all of you, Stacie is feeling a bit overwhelmed as she learns to navigate our complex Liberty environment. I can relate to what she is feeling since I was there feeling similarly overwhelmed (and quite honestly lonely) just a few short years ago. Knowing how it can feel, I want to make sure that I am helping her navigate and empower her to have the conversations she needs to be successful here.

I have encouraged her to have "contracting conversations" with both of you…what is important to you, where do you want her to focus, where can she add the most value, what are you getting that you appreciate, what are you not getting that you want, etc. I also want her to have a voice and share where she thinks she can add the most value – which may be slightly different than what you are asking for…I'm not sure of that, but I encouraged her to start that kind of open strategic dialogue. She should share some of her experience so that you know what she can bring to your table. Ultimately you will have to decide together with her on what her focus and priorities should be in order to be the strongest partner for each of you.

She is feeling over taxed by meetings (I can relate) – so I encouraged her to find out what are most meaningful to you and where it is ok to miss certain meetings. I will do the same with her as well. She is also getting pulled into things down deep in your organizations so we need to make sure we figure out how best to handle those requests appropriately. I do know she is wiling to go tactical where needed (Parker you raised this) but wants to make sure its for the right items and reasons (versus TDT etc). Again – I think you can chat and agree on what makes sense.

And as we become an even more virtual organization that is willing to bring external hires into our org, I do feel we need to make sure we have these conversations and put support in place to ensure externals get the added support they need. We will be working on this in T&ES – and I ask you to think about how

CONFIDENTIAL
McLean / Liberty Mutual

you and your teams can help her acclimate in this very complex virtual environment.  (Julie you mentioned maybe a business lead for GRM on-boarding)

Thanks for your partnerships!  I think Stacie can be an asset and a change agent for us in GRM as well as T&ES and I don't want to lose her, so I appreciate your help in leaning in and making sure we do everything we can to help this be a successful relationship!  Thank you for the candid feedback!

I appreciate all of you!

Jen

Jennifer Ughetta
she/her/hers
**Chief Talent Officer, Global Retail Markets**
**Liberty Mutual Insurance**
157 Berkeley Street,
Boston, MA 02116

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From**: Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent**: 9/16/2021 9:02:55 PM
**To**: Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject**: FW: Support

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Thursday, August 26, 2021 1:11 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: Support

Ok....forward march 😉!

I hope you have some fun and enjoy yourself!

Chat soon luv!

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Thursday, August 26, 2021 at 12:21 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Support

Brian can be on point for you on anything you need- if that plays out that once you are fully established in role and you still see need for a dedicated resource, then I will make that happen.

Sent from my iPhone

> On Aug 26, 2021, at 11:53 AM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> OK Jen. Then can Brian just be the dedicated TA point of contact for things I need support on...ad hoc in nature just in the same way Bree from TDT is?
> I have low energy around building a business case for all of this if it can't be the above. I did not know that Brian is brand new 😉.
> I don't understand the rationale behind why this role can't have permanent TA support, and I'm not going to beat a dead horse. Let it be done.
> If you agree to the above kindly let's move forward?
>
> ~ Stacie
>
> ---
>
> **From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
> **Date:** Thursday, August 26, 2021 at 11:42 AM

CONFIDENTIAL
McLean / Liberty Mutual

**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Support

Hi! I had a 1-1 with Kara late yesterday and we discussed this a bit. I'd like to ask you to think about an alternative. With 2 new leaders stepping up into big roles, I would prefer to have you on point at that level for both Finance and Actuarial. I think both chief actuary and CFO will benefit greatly from your depth and breadth of experience operating at that level. Brian is great and can help action a lot for you-but he is brand new in the Talent Advisor role and my preference would be that they get coaching and counsel from someone more experienced. This is the moment where they can change the culture and set a new leadership tone- so I want to put "the big guns" into that work. Id prefer to have. Rain help you action the things coming out of the work with those leadership teams and any of the work coming out below them. Does that make sense and do you think you could make that work?

Sent from my iPhone

> On Aug 26, 2021, at 11:01 AM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> Hey Jen – I hope you're having an amazing day!
>
> Want to be sure we are aligned with how to position the TA support for me with the business etc.
> I'm thinking this could be positioned as I'm still the STA for Actuarial and Brian is stepping in to handle the day-to-day work ...which will help free me up to focus on strategic consultative work with Finance and all the org changes coming....we'll be assessing longer term for Brian to be permanent support once his projects free up.
>
> Is this what you envisioned? Can you kindly confirm this so I can share with Kara and Brian and move forward?
>
> I met with Bree as well and appreciate the direct TDT support!!!
>
> Thank you!
>
> Blessings,
>
> ~ Stacie

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From:** Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent:** 9/16/2021 9:03:20 PM
**To:** Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject:** FW: Black Execs at Liberty

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Wednesday, August 18, 2021 8:54 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: Black Execs at Liberty

Hi Jen – I did speak with Dawn…and followed up with an email requesting the same thing I asked you, Tim, and Charlotte.
It's ok. No worries.

Thanks for making the intro.

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Wednesday, August 18, 2021 at 8:36 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Black Execs at Liberty

Hi Stacie- did you not have that discussion with Dawn? Part of the reason I provided that introduction was because Dawn is the best person to understand the data and discuss it with you…

Sent from my iPhone

> On Aug 18, 2021, at 8:32 PM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> Hey Jen – Hope you had a great hump day!
>
> Was wondering if the info I asked around turnover for black execs is confidential as I haven't been able to get that info from anyone?
> I don't need hard data, just the headline would be helpful to me.
>
> ~ Stacie

CONFIDENTIAL
McLean / Liberty Mutual

Message

| | |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/16/2021 9:04:15 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | FW: Update and 2 questions |

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Wednesday, August 11, 2021 7:20 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: Update and 2 questions

Yes, I saw that…but it's all good…all is well that ends well. ☺
I typically don't like to send a lot of email trails on this type of confidential stuff and usually would just chat with comms and key stakeholders as necessary…I've seen and experienced a few nightmare situations because of this. But this stuff moves quite fast here so we do what we must.

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Wednesday, August 11, 2021 at 6:28 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** RE: Update and 2 questions

I see Brian's note below – looks like he jumped the gun – she had not been told until this afternoon. Ugh

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Wednesday, August 11, 2021 6:06 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** FW: Update and 2 questions

Sharing…

~ Stacie

---

**From:** Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Date:** Wednesday, August 11, 2021 at 5:06 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** RE: Update and 2 questions

That's great news!!!

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Wednesday, August 11, 2021 4:59 PM
**To:** Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>; Buckley,

CONFIDENTIAL McLean / Liberty Mutual

Matthew <Matthew.Buckley@LibertyMutual.com>
**Subject:** Re: Update and 2 questions

Hey Team – Jim just had the discussion with Sam in the last hour and I understand she's excited and has accepted. 😊

~ Stacie

---

**From:** Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>
**Date:** Wednesday, August 11, 2021 at 8:44 AM
**To:** Moore, Brian <Brian.Moore01@LibertyMutual.com>, McLean, Stacie <Stacie.McLean@libertymutual.com>, Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Subject:** RE: Update and 2 questions

Brian,
With the CPO role Jim had let Parker know a few days in advance of the official offer of his intent to offer. The comp proposal made everything official. If he did that with Sam this time around I don't think we have anything to worry about. If he didn't talk to Sam yet then we may need to backtrack.

Stacie,
I don't know what discussions Jim has had with Sam about his intent/decision. Do you happen to know? The last discussion I was privy to was focused on her interest in the role.

Stevan

CONFIDENTIAL
McLean / Liberty Mutual

---

**From:** Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Sent:** Wednesday, August 11, 2021 8:30 AM
**To:** Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>; McLean, Stacie <Stacie.McLean@libertymutual.com>; Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Subject:** RE: Update and 2 questions

Thanks, Stevan. Sam reached out to me with a question about helping with something for her Econ meeting next week, noting that she had invited Parker to join it. When I responded this morning, I congratulated her privately on the Actuary role. I hope this wasn't premature (which I became concerned about when realizing from your note that she hasn't gotten the official offer yet).

---

**From:** Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>
**Sent:** Wednesday, August 11, 2021 8:22 AM
**To:** Moore, Brian <Brian.Moore01@LibertyMutual.com>; McLean, Stacie <Stacie.McLean@libertymutual.com>; Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Subject:** RE: Update and 2 questions

Hey Brian,
No concerns on my end with pushing the announcements to Tuesday. In fact, I can see why we would need the extra day if Jim if OOO the rest of this week. I got an update this morning and it sounds like the comp proposal will likely be approved this morning which means that Jim can officially offer Sam the role today. Then we can connect with her on the communication plan and messaging to her team.

Stevan

---

**From:** Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Sent:** Wednesday, August 11, 2021 8:00 AM

**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>; Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>; Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Subject:** Update and 2 questions

Hi all,

I will share the updated comms plan and content with you shortly, then need to push on to Jen quickly and ultimately to Jim. Sorry for the delay on this.

Stacie – did you and Parker talk further about whether you feel there is any need for Jim to have 'decline' conversations with Kristen, Allison or anyone else? If they're not necessary, I will remove that from the comms timeline. If you and Parker believe that Jim should talk to those folks, then I / we will need to move fast because I've learned that Jim is going to be offline completely tomorrow afternoon and Friday, so he would need to make room for those conversations to take place this afternoon or tomorrow morning.

Lastly, Stacie / Stevan – from either the Actuarial or the Product perspective, would there be any concern with pushing the broad announcement back by one day, from Monday to Tuesday?

Brian

**Brian Moore**
he/him/his
Director II, GRM President's & Executive Communications
WE@Liberty Pathways to Parenthood (What's this? 1, 2, 3, 4, 5)

Liberty Mutual Insurance | Boston, MA
o) 857.224.7504 | c) 502.296.4445

CONFIDENTIAL
McLean / Liberty Mutual

Message

| | |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/16/2021 9:04:59 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | FW: Office Coding |

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Monday, August 2, 2021 8:17 AM
**To:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Cc:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Fairman, Kristy <KRISTY.FAIRMAN@LibertyMutual.com>
**Subject:** FW: Office Coding

Good Morning Kathy – Happiest of Monday's. Julie forwarded this to me over the weekend and it's a perfect example of challenges with the HR model. There needs to be support from ? to help train leaders and managers where to go and how to use self-service. Can you kindly advise what would be the best approach as it seems there's a disconnect on where to find stuff out in the ether?

I OVERstand as I find it hard to find stuff too. Thanks for your assistance! ☺

~ Stacie

---

**From:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Date:** Sunday, August 1, 2021 at 6:18 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** FW: Office Coding

Hi Stacie,

Hope you had a nice weekend and enjoyed the spa day!

FYI below. I tried submitting a People@Liberty request to change Cate's location to Portland, ME, but I'm not sure if I did it properly…I changed the location, but not the salary structure or cost center. I tried to use the HR Support Center mailbox but it said it was no longer in use, and then I couldn't find the right 'request' on the Talent Services Hub. This is a good example of the challenges our managers have when they need to process a one-off transaction like this – the systems and processes are hard to follow and contact info isn't clear. Thankfully I have you to help navigate ☺ but this is a great example of something you shouldn't need to be involved in either. When we talk about having non-FELT managers self-serve, I think we'll need some training/resource guides to help them.

My requests are: 1) help me navigate to get this processed properly, and 2) let's figure out how we support self-serve for managers in the messaging/transition.

Thanks!
Julie

---

**From:** Stevenson, Catherine <CATHERINE.STEVENSON@LibertyMutual.com>
**Sent:** Friday, July 30, 2021 5:07 PM

CONFIDENTIAL McLean / Liberty Mutual

**To:** Haase, Julie <JULIE.HAASE@LibertyMutual.com>
**Subject:** Office Coding

Hi Julie,

Happy Friday!!

I know we chatted about this awhile back, but I wanted to circle back on my office coding for my taxes 😉. Could you go into People at Liberty or have talent go in and change my office to Portland, ME? I sit in the FP&A department and there 1-2 others already in that office/department code so I won't be alone. Based on what's been outlined in the FAQ's I probably fall under virtual employee for the moment since it seems like for GRM finance we're at in office quarterly and Hamid at most will be monthly, but it seems to be that I'd use the Portland, ME office regardless of hybrid or virtual as my designation. Happy to chat through more at my 1x1 if you prefer.

Have a great weekend!

Cate
she/her/hers

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From:** Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent:** 9/16/2021 9:05:45 PM
**To:** Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject:** FW: Onboarding

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Sunday, July 25, 2021 9:10 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: Onboarding

So sorry to have you come back to this message…not what I would like, but it's important to me. I appreciate your support and willingness to help. Have a good evening.

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Sunday, July 25, 2021 at 8:45 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Onboarding

Oh no- I will help however I can! Let's chat tomorrow…

Sent from my iPhone

> On Jul 25, 2021, at 7:39 PM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> Hey Jen -
>
> I hope you had an amazing vacation and spent lots of quality time with your family…soooo important. Gave some thought to the question what you can do to help me as I'm feeling like I need to reset…I'd like to take a step back from the business and onboard in a way that I feel will be meaningful for me…and therefore the business. I'm having a difficult time acclimating to the level of "production" and volume of marathon meetings…I feel like I can't gain any traction, as most people seem to have forgotten that I'm new and talk in non-stop acronymns, to first names only like Madonna 😉 etc. The culture is definetly a lot different than what I'm used to. I want to be successful at Liberty. I need time to gain a solid foundation and I feel like I'm in Groundhog Day… Please let me know your thoughts.

CONFIDENTIAL McLean / Liberty Mutual

Message

| | |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/16/2021 9:06:26 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | FW: Chris Moon |

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Friday, July 23, 2021 11:50 AM
**To:** Carrillo, Alice <Alice.Carrillo@LibertyMutual.com>; McKenney, Kristin <KRISTIN.MCKENNEY@LibertyMutual.com>
**Cc:** Moon, Chris <Chris.Moon@libertymutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>
**Subject:** Chris Moon

Hi Alice & Kristin – Happy Friday!

I wanted to take the time to let you know how thankful I am for Chris Moon. I'm new to Liberty and have had a bit of a time with tech issues these last few weeks. Chris went above and beyond to make sure I not only had the right equipment, but also that they were set up properly. Additionally, he gave me tips and tricks to help me be more efficient. Chris is incredibly patient and his knowledge about all things iOS is impressive. He has a way of explaining sometimes complex technological concepts into very easy to understand quick bites of information. He's a natural trainer and I'm sure you already know that he's amazing.

I'm eternally grateful for his support and willingness to carve out time in his busy day to help troubleshoot my issues and make sure that I have the right tools to be successful in my new role. He's a gem and one of the most talented tech support individuals I've ever worked with in my career.

Warmly,

**Stacie McLean**

VP, Senior Talent Advisor | GRM Finance & Actuarial
Liberty Mutual Insurance | Charlotte, NC
Office: 980.337.5788

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From:** Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent:** 9/16/2021 9:07:03 PM
**To:** Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject:** FW: ACTION REQUIRED - Your employee is past due

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Monday, July 12, 2021 8:32 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: ACTION REQUIRED - Your employee is past due

Naww there's no excuse…just pushed it off until I couldn't…but yea it's a lot…all financial services co's have it so I'm not new to it…just put it on a shelf in a closet for awhile 😉.

Hope you're enjoying your new sanctuary!

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Monday, July 12, 2021 at 8:29 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: ACTION REQUIRED - Your employee is past due

Thanks! Trust me - i know its a lot!

Get Outlook for iOS

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Monday, July 12, 2021 8:28:15 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Re: ACTION REQUIRED - Your employee is past due

I've completed all compliance related trainings due, as well as got a jump start on additional ones due through the fall. Phew 😉!

Apologies about the delay and subsequent emails to you.
Have a good evening!

~ Stacie

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Date:** Sunday, July 11, 2021 at 2:35 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Fwd: ACTION REQUIRED - Your employee is past due

CONFIDENTIAL
McLean / Liberty Mutual

Will get escalated to Melanie soon...plz prioritize
Get Outlook for iOS

---

**From:** GlobalCompliance&Ethics@MCDC.libertymutual.com <GlobalCompliance&Ethics@MCDC.libertymutual.com>
**Sent:** Sunday, July 11, 2021 12:02 AM
**To:** Ughetta, Jennifer
**Cc:** McLean, Stacie
**Subject:** ACTION REQUIRED - Your employee is past due

A message from
# Global Compliance & Ethics

CONFIDENTIAL
McLean / Liberty Mutual

**Dear Jennifer,**

Your employee Stacie McLean has not completed the **Compliance Training - E-mail Management - Your Responsibility (2020)** course, which was due on **7/1/2021**.

Please note that this is the fifth and final reminder to complete this course. Continued non-completion may
be further escalated.

This required compliance training should take approximately 25 minutes to complete. Please ask Stacie to log in to the My Career and Development Center to complete the course now.

Pursuant to our Code of Business Ethics and Conduct, managers have a number of compliance responsibilities, including ensuring that their teams complete their compliance training in a timely and thoughtful manner.

If you have questions or concerns about this matter please contact legalcompliancetraining@libertymutual.com. If your employee is on leave, they may complete the course upon returning to work.

Your immediate attention is appreciated.

Karen Morton
Chief Compliance Officer
Liberty Mutual Insurance

CSOD SYSTEM ID: 76739138

CONFIDENTIAL
McLean / Liberty Mutual

Message

| | |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/16/2021 9:07:45 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | FW: Allies Advancing DEI: Real Conversations Invite out this am |

---

**From:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Sent:** Friday, June 25, 2021 3:39 PM
**To:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** RE: Allies Advancing DEI: Real Conversations Invite out this am

Great minds think alike 😉!
Never leave me...lol.

~Stacie

**Stacie McLean**
VP, Senior Talent Advisor | GRM Finance & Actuarial
Talent & Enterprise Services
Liberty Mutual Group | Charlotte, NC
Office: 980.337.5788

---

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Friday, June 25, 2021 3:37 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Allies Advancing DEI: Real Conversations Invite out this am

Lol I was just going to tell you to get rid of that- you've found your home!😉

Sent from my iPhone

> On Jun 25, 2021, at 3:36 PM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> I'm going to delete that account now that I'm here...just making sure I don't miss anything that you send to me😉.
>
> ~Stacie
>
> **Stacie McLean**
> VP, Senior Talent Advisor | GRM Finance & Actuarial
> Talent & Enterprise Services
> Liberty Mutual Group | Charlotte, NC
> Office: 980.337.5788

CONFIDENTIAL
McLean / Liberty Mutual

**From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Sent:** Friday, June 25, 2021 3:08 PM
**To:** McLean, Stacie <Stacie.McLean@libertymutual.com>
**Subject:** Re: Allies Advancing DEI: Real Conversations Invite out this am

Oh geez- thx!

Sent from my iPhone

> On Jun 25, 2021, at 2:46 PM, McLean, Stacie <Stacie.McLean@libertymutual.com> wrote:
>
> Hey there...fyi you sent this to my gmail account that I set up for job interviews.
>
> I hope you have an amazing weekend Jen!
>
> ~Stacie
>
> **Stacie McLean**
> VP, Senior Talent Advisor | GRM Finance & Actuarial
> Talent & Enterprise Services
> Liberty Mutual Group | Charlotte, NC
> Office: 980.337.5788
>
> ---
>
> **From:** Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
> **Sent:** Friday, June 25, 2021 8:44 AM
> **To:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>; Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>; Oliveto, Kara <KARA.OLIVETO@LibertyMutual.com>; Pulliam, Patrick <Patrick.Pulliam@LibertyMutual.com>; Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>; McLean, Stacie <Stacie.McLean@libertymutual.com>; Fairman, Kristy <KRISTY.FAIRMAN@LibertyMutual.com>; Weber, Ann Marie <AnnMarie.Weber@LibertyMutual.com>; Van Den Broek, Beike <Beike.VanDenBroek@LibertyMutual.com>; Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
> **Subject:** RE: Allies Advancing DEI: Real Conversations Invite out this am
>
> Lol – guess I should have gone through all my emails before I sent my message!!!!!
>
> ---
>
> **From:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>
> **Sent:** Friday, June 25, 2021 8:23 AM
> **To:** Jonas, Kathy <KATHY.JONAS@LibertyMutual.com>; Oliveto, Kara <KARA.OLIVETO@LibertyMutual.com>; Pulliam, Patrick <Patrick.Pulliam@LibertyMutual.com>; Chase, Stevan <STEVAN.CHASE@LibertyMutual.com>; McLean, Stacie <Stacie.McLean@libertymutual.com>; Fairman, Kristy <KRISTY.FAIRMAN@LibertyMutual.com>; Weber, Ann Marie

CONFIDENTIAL McLean / Liberty Mutual

<AnnMarie.Weber@LibertyMutual.com>; Van Den Broek, Beike <Beike.VanDenBroek@LibertyMutual.com>; Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>
**Subject:** Allies Advancing DEI: Real Conversations Invite out this am

Hi Folks –
The invite for the leaders session of the Allies: Real Conversation series is going out later this am to all the L2-4's + the STA/TAs and Comms folks that support them (including you all, of course).

FYI- here's the note I sent to the ELT just now, asking them to proactively encourage their folks to clear their calendars to be able to attend. Would love your help both supporting that effort, and of course, encouraging your folks to attend as well.

Let me know if you have questions!! We can also touch base on this at huddle next week. I'll be curious to hear what you hear once the invite drops.

Oh, and happy Friday!

Tim

**Tim Vigue (he/him)**
DEI Business Advisor
Global Retail Markets

Liberty Mutual Insurance | Boston, MA
Cell: 617-233-3213

**From:** Vigue, Timothy
**Sent:** Friday, June 25, 2021 8:08 AM
**To:** Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>; Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Sweeney, Timothy <TIMMS@LibertyMutual.com>; MacPhee, James <J.MACPHEE@LibertyMutual.com>; Nickerson, Matthew <MATTHEW.NICKERSON@LibertyMutual.com>; BARAHONA, PABLO <Pablo.BARAHONA@Libertyinternational.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Mirza, Hamid <Hamid.Mirza@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Caldas, Monica <Monica.Caldas@LibertyMutual.com>; Czapla, James <JAMES.CZAPLA@LibertyMutual.com>
**Cc:** Yunen, Thalía <Thalia.Yunen@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Subject:** RE: For your review (and distribution tomorrow): invitation to sign up for 'Allies Advancing DEI: Real Conversations'

Good Morning All-

As Matt mentioned, the invite to the inaugural Allies: Real Conversations series is slated to go out later this morning.
Knowing the approach will be new for many, the team worked hard to get the wording just right. Thank you all for your help with that, and for your input as we've socialized the concept over the last couple of months.

CONFIDENTIAL McLean / Liberty Mutual

Regardless of the careful wording, when the invite goes out, I expect there may be some folks who are skeptical and/or have questions – about the intentions of the program, about separating folks into two tracks, or even about the amount of time required.

Given that, **my ask of you is this**: please pro-actively encourage your leaders (US) to attend the series. For any who are unsure about the approach, please assure them that it has been well researched, vetted and reviewed by many (including the pilots in GRM US) – and ask that they "try on" the conversations before drawing any conclusions. We'd like to get as many of our senior leaders to experience the program BEFORE we launch to all of the "neighborhoods" so please encourage them to free up their calendars to attend all 3 sessions in their respective track (dates/times below for your reference). Note: Because of the time of year, we know we will miss some due to vacations – they'll be able to attend in the next round of sessions.

By the way - If your leaders have questions and you think it would be helpful for me to join one of your leadership huddles to provide additional context – just let me know. Happy to do it.

As always, I want to thank you for all your support as we move to this next phase in our DEI journey together. Your partnership is a critical part of the "secret sauce" to our success.

Tim

**Session Dates:**
*For White male leaders:*
- Session 1: July 29 @ 11:30AM-1:00PM EST
- Session 2: Aug. 19 @ 1:00-2:30PM EST

*For Women and People of Color leaders:*
- Session 1: Aug 2nd 1-2:30pm EST
- Session 2: Aug 24th 10:30-12pm EST

*Joint Forum (both groups together):*
- Session 3: Sept 16th 2:30-4:00pm EST

Tim

**Tim Vigue (he/him)**
DEI Business Advisor
Global Retail Markets

Liberty Mutual Insurance | Boston, MA
Cell: 617-233-3213

**From:** Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Sent:** Thursday, June 24, 2021 4:57 PM
**To:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Sweeney, Timothy <TIMMS@LibertyMutual.com>; MacPhee, James <J.MACPHEE@LibertyMutual.com>; Nickerson, Matthew <MATTHEW.NICKERSON@LibertyMutual.com>; BARAHONA, PABLO <Pablo.BARAHONA@Libertyinternational.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Mirza, Hamid <Hamid.Mirza@LibertyMutual.com>; Ughetta, Jennifer

CONFIDENTIAL
McLean / Liberty Mutual

<Jennifer.Ughetta@LibertyMutual.com>; Caldas, Monica <Monica.Caldas@LibertyMutual.com>; Czapla, James <JAMES.CZAPLA@LibertyMutual.com>
**Cc:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>; Yunen, Thalía <Thalia.Yunen@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Subject:** For your review (and distribution tomorrow): invitation to sign up for 'Allies Advancing DEI: Real Conversations'

All,

Following up briefly to see if you have any further feedback on the *Allies Advancing DEI: Real Conversations* invitation-copy. I have reattached it here for your reference – now updated to incorporate Parker's feedback (thank you!).

If you are comfortable with the draft, we will go ahead and issue it **tomorrow morning at 10:30am ET**, to all US-based GRM L2s-L4s.

Thanks in advance to you all.

Matt

---

**From:** Buckley, Matthew
**Sent:** Wednesday, June 23, 2021 8:03 PM
**To:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Sweeney, Timothy <TIMMS@LibertyMutual.com>; MacPhee, James <J.MACPHEE@LibertyMutual.com>; Nickerson, Matthew <MATTHEW.NICKERSON@LibertyMutual.com>; BARAHONA, PABLO <Pablo.BARAHONA@Libertyinternational.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Mirza, Hamid <Hamid.Mirza@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Caldas, Monica <Monica.Caldas@LibertyMutual.com>; Czapla, James <JAMES.CZAPLA@LibertyMutual.com>
**Cc:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>; Yunen, Thalía <Thalia.Yunen@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Subject:** RE: For your review: invitation to sign up for 'Allies Advancing DEI: Real Conversations'

Parker – many thanks indeed for this feedback. I agree that making the strongest case up-front will be critical, as we look to encourage leaders to sign-up with confidence. We'll take a look at weaving in that additional context.

Regarding your second question: we have had some feedback on the use of 'Female' – that this feels very clinical and 'othering', and that people more naturally refer to themselves as 'women' or 'men' as the preferred identifiers. We adjusted our draft accordingly, and are in the process of updating the wording on myLiberty so that the track-descriptions are consistent.

Thank you for spotting that!

Best,

CONFIDENTIAL McLean / Liberty Mutual

Matt

**From:** Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>
**Sent:** Wednesday, June 23, 2021 4:38 PM
**To:** Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>; Sweeney, Timothy <TIMMS@LibertyMutual.com>; MacPhee, James <J.MACPHEE@LibertyMutual.com>; Nickerson, Matthew <MATTHEW.NICKERSON@LibertyMutual.com>; BARAHONA, PABLO <Pablo.BARAHONA@Libertyinternational.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Mirza, Hamid <Hamid.Mirza@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Caldas, Monica <Monica.Caldas@LibertyMutual.com>; Czapla, James <JAMES.CZAPLA@LibertyMutual.com>
**Cc:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>; Yunen, Thalía <Thalia.Yunen@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Subject:** RE: For your review: invitation to sign up for 'Allies Advancing DEI: Real Conversations'

Hi Matt,

Thanks!

Some quick/minor thoughts from me:

- The Comm will be the first communication folks see on this topic (vs. the myLiberty video/landing page), so to mitigate concerns people may have about the structure, I wonder whether it might be useful to add this part from the myLiberty page (which I found insightful): "Research shows White men don't always feel included in an organization's DEI efforts. And People of Color and Female [potential edit based on the second bullet feedback] Managers, who may have previously felt invisible, are suddenly in the spotlight and may feel scrutinized." Essentially my point is that the Comm should build a strong initial case for the tracks we've chosen, in order to increase buy-in. The edit adds length, of course, and I know it's already a long Comm, but it's an important one to get right out of the gates, in my humble opinion.

- Comm vs. myLiberty wording: I noticed the myLiberty page uses White Male (capitalized "Male" instead of uncapitalized "men"), and Female (capitalized "Female" instead of uncapitalized "women"). Is there a reason for the difference to describe the same tracks? [This may seem pedantic, but the different wording seemed purposeful so I was curious.]

Parker

**From:** Buckley, Matthew <Matthew.Buckley@LibertyMutual.com>
**Sent:** Wednesday, June 23, 2021 10:23 AM
**To:** Sweeney, Timothy <TIMMS@LibertyMutual.com>; MacPhee, James <J.MACPHEE@LibertyMutual.com>; Nickerson, Matthew <MATTHEW.NICKERSON@LibertyMutual.com>; BARAHONA, PABLO <Pablo.BARAHONA@Libertyinternational.com>; Haase, Julie <JULIE.HAASE@LibertyMutual.com>; Koppelman, Parker <PARKER.KOPPELMAN@LibertyMutual.com>; Mirza, Hamid

CONFIDENTIAL
McLean / Liberty Mutual

<Hamid.Mirza@LibertyMutual.com>; Ughetta, Jennifer <Jennifer.Ughetta@LibertyMutual.com>; Caldas, Monica <Monica.Caldas@LibertyMutual.com>; Czapla, James <JAMES.CZAPLA@LibertyMutual.com>
**Cc:** Vigue, Timothy <Timothy.Vigue@libertymutual.com>; Yunen, Thalía <Thalia.Yunen@LibertyMutual.com>; Moore, Brian <Brian.Moore01@LibertyMutual.com>
**Subject:** For your review: invitation to sign up for 'Allies Advancing DEI: Real Conversations'

All,

Following our recent conversations on the upcoming launch of *Allies Advancing DEI: Real Conversations* to US-based managers across GRM, the dates for the first sessions have been set and we plan to send the attached invitation to the first wave of attendees, by the end of this week.

These initial sessions will be offered to GRM's US-based L2s-L4s – so that our senior leaders are able to experience the program before we open it up to *all* US-based managers.

Thank you for your review of the invite-communication, which will be sent from the **GRM ELT**. As you are aware, there is some nuance to the structure of the program – in particular, the twin-tracks that ultimately converge into a joint-session – that we have looked to explain, to get ahead of some of the questions we can anticipate. I would be grateful for your thoughts on the context we have provided. (A Word version is also attached for ease of editing.)

**If you could send me your thoughts by close-of-business tomorrow** (Thursday), that would be fantastic.

Best regards,

Matt

**Matt Buckley**
he/him/his
VP, Internal Communications
Global Retail Markets
Liberty Mutual Insurance | Boston, MA
Mobile: 508 244 9182

CONFIDENTIAL
McLean / Liberty Mutual

Message

**From**: Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE]
**Sent**: 9/16/2021 9:17:38 PM
**To**: Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath]
**Subject**: Stacie - for file

[8/31 9:44 AM] McLean, Stacie
Good morning! Thanks for letting me know about Cate! I will reach out to her today. It's going and it's good to have the opportunity to sort through stuff and feel more organizedsmile.

[9/7 11:15 AM] Ughetta, Jennifer
Are you feeling energized and ready to go?

[9/7 11:15 AM] McLean, Stacie
I am energized and ready to go! smile

[9/7 11:15 AM] Ughetta, Jennifer
woooohoooo!

[9/7 11:15 AM] McLean, Stacie
(GIF)

[9/7 11:15 AM] Ughetta, Jennifer
We need to connect so I can bring you up to speed on stuff
(1 liked)

[9/7 11:16 AM] McLean, Stacie
that would be great! let me know

[9/7 12:25 PM] Ughetta, Jennifer
btw -that l.eader that took a personal risk and pushed back on Jim (and Julie) was Cate...I was so proud of her and helped her through it

[9/7 12:27 PM] McLean, Stacie
good to hear it as I talked to her for a long time last week about her learning into her own leadership style and being courageous around pushing back, and asking for what she needs, even if it's not in alignment with what others may want or say smile
(1 liked)

[9/7 12:27 PM] McLean, Stacie
that makes me happy!

[9/8 9:17 AM] McLean, Stacie
GM luv!

[9/8 9:17 AM] Ughetta, Jennifer
Hi!

[9/8 9:18 AM] McLean, Stacie
Had my first 1:1 with Sam the other day....and also did her first staff meeting today....love her vibe and energy! smile

CONFIDENTIAL
McLean / Liberty Mutual

[9/8 9:19 AM] McLean, Stacie
Just saying....

[9/8 9:19 AM] Ughetta, Jennifer
awesome! I dont know her really well - so that is great to hear!
(1 liked)

[9/8 9:20 AM] McLean, Stacie
she seems....really chill and talks my language...

[9/8 9:23 AM] Ughetta, Jennifer
And how are things going with Cate?

[9/8 9:36 AM] McLean, Stacie
I think Cate and I have a great rapport.....I will tell you I've heard mixed things about her....I take that in but what's more important to me is how we partner and engage with each other....I'm hopeful we can work closely together to bring a ne, exciting and improved culture to Finance....I believe it needs a breath of fresh air smile.

[9/8 9:36 AM] McLean, Stacie
new^*

[9/8 3:15 PM] Ughetta, Jennifer
yes that is how I feel too and part of what i wanted to get you up to speed on because she has received some tough feedback

[Tuesday 9:50 AM] Ughetta, Jennifer
Hey - how did yesterday announcements go? Noisy?

[Tuesday 9:56 AM] McLean, Stacie
Good morning...doesn't seem noisy to me......maybe everyone is taking it in. Or maybe it's not a big deal smile.

[Tuesday 10:02 AM] Ughetta, Jennifer
That's good news!

[Tuesday 10:10 AM] McLean, Stacie
Jen. I have my internet provider here this morning. Three guys. I've been having issues doing teams meetings where people can't hear me or see me. It is not my internet. It is my Liberty equipment. I never had an issue with any other employer or companies I've worked for being able to do meetings virtually....not with my own personal equipment or their company provided equipment. I need this to be fixed and I'm just tired and frustrated. Can you please help and get someone to fix this shit for me once and for all?

[Tuesday 10:12 AM] McLean, Stacie
If you're going to ask Kathy to help that's fine..I'll cut and paste this to her so she has it too.

[Tuesday 10:14 AM] Ughetta, Jennifer
Reach out to Chris Moore in IT (he is a lead tech support consultant)- he has been my best resource to help with any issues. I IM him and he usually responds ASAP

[Tuesday 10:15 AM] McLean, Stacie
Yes I've worked with him too.
[Tuesday 10:15 AM] McLean, Stacie

CONFIDENTIAL McLean / Liberty Mutual

He blew me off the last time I reached out smile.

[Tuesday 10:15 AM] Ughetta, Jennifer
Ugh- tell him I sent you
(1 liked)

[Tuesday 10:15 AM] Ughetta, Jennifer
And have him get online with the guys you have there

[Tuesday 10:20 AM] McLean, Stacie
it actually was Chris Moore's boss that I worked with.....his name is Chris Moon smile

[Tuesday 10:21 AM] McLean, Stacie
I literally am at my limit this morning with these tech guys here....I'm not built for this day in and day out Jen...I shared with Kathy all of the stuff with TDT and the merry go round I'm still on there...it's too much for me.
[Tuesday 10:25 AM] Ughetta, Jennifer
I am in a GRM ELT offsite meeting so I can't jump on a call - but I don't know the detail of your challenges to really be able to help. Would you like me to connect with Chris and ask him to please prioritize getting you fully set up?

[Tuesday 10:26 AM] Ughetta, Jennifer
And I'd also like to better understand what the TDT challenges still are...

[Tuesday 10:26 AM] McLean, Stacie
Chris Moore doesn't know Mac...his boss Chris Moon does

[Tuesday 10:26 AM] McLean, Stacie
I'm on with Chris Moon but he's multi tasking

[Tuesday 10:26 AM] Ughetta, Jennifer
Ah - we are really a PC org. ..

[Tuesday 10:26 AM] McLean, Stacie
Id appreciate if you could ask that he make this a priority

[Tuesday 10:27 AM] McLean, Stacie
Yea there's onlly 3 people here that know macs in IT..go figure

[Tuesday 10:27 AM] Ughetta, Jennifer
You want me to ping him now? Chris moon?

[Tuesday 10:27 AM] McLean, Stacie
But it was my PC that was giving me issues every day...hence why I switched to a mac...lesser issues but now this issue

[Tuesday 10:30 AM] Ughetta, Jennifer
Ok I just sent him a note
[Tuesday 10:32 AM] McLean, Stacie
when I ask Bree something in TDT...just like before, it basically is rerouted to me to do myself

[Tuesday 10:33 AM] McLean, Stacie
I'm good on just doing me and I understand that if my best isn't good enough it just isn't and we'll deal accordingly

CONFIDENTIAL
McLean / Liberty Mutual

[Tuesday 10:34 AM] Ughetta, Jennifer
Have you spoken with Brian Prozeller about the challenges with TDT - he was a supervisor over there so should be able to help you get that set up the way you need it

[Tuesday 10:35 AM] McLean, Stacie
Brian wants to be an STA, he wants his own people to support and not be a point person.

[Tuesday 10:36 AM] McLean, Stacie
It's ok Jen, really. It is. I'm likely not the right person for Liberty and the way things get done here. I don't have the temperament for it.

[Tuesday 10:37 AM] McLean, Stacie
I spent yesterday going around and around for a simple ask on EOS. And literally 5 people on an email trail couldn't get me what I needed. It's too much for me.

[Tuesday 10:38 AM] McLean, Stacie
I'll forward you the email trails...this isn't in my head.

[Tuesday 10:39 AM] McLean, Stacie
Anywho...I'll chat with you another time...focus on your meeting and have a great day. smile

[Tuesday 4:12 PM] McLean, Stacie
Hey there: here's some noise for you on Finance org changes:

[Tuesday 4:14 PM] McLean, Stacie
It's taking away career progression, no pipeline, no POC on FELT, none of their directs are POC either, how SVP's and VP's can jump to EVP's and be slotted, but lower grades jump through hoops and build biz cases to promo their people...
[Tuesday 4:15 PM] McLean, Stacie
have a good evening smile

[Tuesday 4:15 PM] McLean, Stacie
Chris didn't fix my issues btw...my afternoon meetings were all glitchy too

Jennifer Ughetta
she/her/hers
Chief Talent Officer, Global Retail Markets
Liberty Mutual Insurance
157 Berkeley Street,
Boston, MA 02116

CONFIDENTIAL
McLean / Liberty Mutual

Message

| | |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/16/2021 9:18:28 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | for Stacie file |

[Tuesday 10:29 AM] Ughetta, Jennifer
HI Chris - I believe you are on with my new hire Stacie McLean. She has been having tons of tech issues and she really needs some dedicated support to get her issues resolved. Just sending a quick note to ask that you prioritize this for me. It's been super hard for her and I really need to get her operating at full speed quickly. Thank so much!

[Yesterday 11:58 AM] Moon, Chris
Hey Jen, we spent a few hours yesterday troubleshooting but it's definitely a strange one, so I have the engineers and proxy teams involved now. We're wasting no time and I'll keep you updated with what we can figure out!
(1 liked)

[Yesterday 12:02 PM] Ughetta, Jennifer
thank you very much

Jennifer Ughetta
she/her/hers
Chief Talent Officer, Global Retail Markets
Liberty Mutual Insurance
157 Berkeley Street,
Boston, MA 02116

CONFIDENTIAL
McLean / Liberty Mutual

Message

|  |  |
|---|---|
| **From**: | Ughetta, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4882D7026EAA43D1B9780171C403AB8E-UGHETTA, JE] |
| **Sent**: | 9/17/2021 1:35:05 PM |
| **To**: | Jonas, Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ad239962c9e4b878608069e43bcef86-Jonas, Kath] |
| **Subject**: | Stacie - file |

Hi Kathy – this is an exchange that Stacie had with Cate this morning. Kind of confusing but wanted to capture it for the file.

[8:14 AM] Stevenson, Catherine
Exchanges with Stacie this am -

[8:14 AM] Stevenson, Catherine
[8:01 AM] Stevenson, Catherine
It's Friday smile

[8:02 AM] Stevenson, Catherine
Was comp able to give you a time-line? I'm hoping since we paused the DE&S (James's team that's moving) there might be more talent capacity, but then again - it might be different teams smile

[8:05 AM] McLean, Stacie
Good morning and happy Friday Cate. No on comp. I have paused James org changes. I hope you have shared that with him?

[8:06 AM] McLean, Stacie
I'll be in touch for next steps.

[8:06 AM] McLean, Stacie
Have an amazing weekend and try to relax, have some fun...enjoy your family!

[8:07 AM] Stevenson, Catherine
Just so I understand - we haven't sent to comp yet or they haven't provided feedback/timeline? Yes, trying to grab James this am, we weren't able to yesterday.

[8:11 AM] McLean, Stacie
There is a process, a case has to be put in the system. I haven't connected with Comp yet and no they have not provided feedback. It will be done Cate, but not in lightening speed but certainly timely smile. Stop worrying.

[8:14 AM] Stevenson, Catherine
if this is too much to share or not helpful tell me to stop!!

Jennifer Ughetta
she/her/hers
Chief Talent Officer, Global Retail Markets
Liberty Mutual Insurance
157 Berkeley Street,
Boston, MA 02116

CONFIDENTIAL
McLean / Liberty Mutual