My Speaking pts 9/15/21

Do not have to respond in the moment -

- Clearly Not happy

Yesterday's emails and IMs - disrespectful and blaming

Your partners, (TDT, Talent Analytics)

are feeling a lot of negativity

This is concerning

Our culture is very relationship oriented

With have an expectation around how you engage with other

There seem to be so many issues and problems that you are pointing out to so many -

Stakeholders sense this -- you are coming off negatively

How you share does matter (read her words back to her)

are you engaging in a way which will result in Will People Seek you out?

We need you to be able to put your best foot forward, but are not seeing that. IS, the way you engage will need to change.

We need to know where you are on this?

If ~~not~~ you, want to leave we can figure out an exit plan.

McLean/Liberty Mutual