my notes

Meeting with Jen/Stacie
9/15/21

Yes at the same pt

(1) Don't have patience for being turned around - circle back on request

(2) Not feeling I am set up for success
Constant tech - Still having connectivity issues for
Not stable and confident -
Look stupid - plethora of tech issues -

When I reach out I am blown off
Exec tech support doesn't support my level

Found out only 4 people who can support MAC

Stuff that is wrong w/ my equipment -

Not set up for success -

We can talk about an exit plan - "we can talk about whatever

I don't want to stay where I

McLean/Liberty Mutual

am not wanted —

How do we get from my venting to Jen to an exit plan

Sounds like

Doesn't matter how I feel —

"I am trying to address how you are feeling"

Hey guys — I have worked in Corp America and there will be very few Stacies "Black Female" to come to Liberty —

Need to take a look at what this means — "Just Food for thought"

Need to understand where you are at because

McLean/Liberty Mutual