Message

**Sent**: 9/16/2021 4:17:10 PM
**Subject**: Meeting with Stacie 9-16-21

I'm sad and disappointed –

Help me understand where you are
A couple of things – I feel like yes I have consistently said I am not aligned with how workgets done here. I don't believe I have the temepernet to consistently be on a merrigold rold where things circle back to me
It's not every day and all day, which is where I think we go off track. I feel like I am giving constructive feedback that is construed as negative. I am still only 90 days in..only 90 days in.... why is such a negative thing for me to give the feedback.

When you mentioned the exit plan...I was surprised. What I would do as a learder is mentor them, help clear the path for them to be successful. I don't feel that.

Jumping from "you are feeling consitenly not aligned" to an exipt plan in 90 days that feels a bit weird to me.

I was not surprised but disappointed that Jen couldn't have had the conversation with me without HR for HR. I felt disrespected that Jen couldn't take time to meet with me 1 on 1. Not cool.

I have been thinking these things for awhile:
I think you have tried to set me up for success, I am not going to negate that
I don't think you understand what it feels like to join a companing and not see someone that looks like me for the first 3o days
The liberty nice makes it hard to
Jen has socialized my situation with all my peers, in Town Calls (how hard it was for her to acclimate as a white female and she is learning how hard it is for a black femail
I am the only black female at this level that faces off with the business
People reach out to how are you doing...I heard xyz...I'm not socializing this so how are they getting this information
I started remotely in a pandemic,
I truly feel like Liberty doesn't want my diverse perspective
But when I do...I'm negative...that's all I heard from Jen on the call that
I was also told by Mealnie that I have no words of encouragement and dropping the words severance I wondered if I were not a black women would she be saying the same things
I don't feel like I can bring my full sell, challenge, be a change agent....people are going back to Jen...saying Stacy is negative
I believe Libety is used to hiring clones internally who understand this caudic environment – people externally cannot easily adjust to this
Even when I try to find new energy – I feel there is still the negative narrative about stacy ---why is that? I know there are white people who have the exact thoughts about onboarding with Liberty but they have gotten mentoring and help
That feels a little off to me
Hey Stacie, welcome to Liberty...sink or swim
I think I have been trying to do that...maybe it's not the right way, but it's all I got right now.
I truly believe say what you will...I look the part speak the lanugate, have the skills, and I do feel like if I can't be successful here...(and I do have the relationship skills) what does that say to the folks underneath....
Other people are set up for success, but the first reaction to the only blackfemail exec is here it to exit here.
I feel like the DEI agenda is correct but it means nothing if aren't doing anything I came here to help
It wasn't discussed in any of my interviews – but I did my own
You say you want people to speak up and be their own authentic selves - I don't feel that. I have experiences microagression here too
The whole pictuare – Beike is too vocale, Cassie is too vocale, Charlotte is too vocale...so why is it just Stacie...

CONFIDENTIAL
McLean / Liberty Mutual

Not for nothing…I am ok either way but would be really remiss to leave Liberty and not say this stuff. It is not just me….
I can't imagine that it took so much crap to get here and the immediage

I have never been laid off or fired…I felt so disrespected. I am not that type of employee…I am not that type of talent….

And Jen pretty silent most of the time…you don't delegate that. I needed my manager there yesterday not HR for HR. I didn't get any of that.

I am giving you feedback about how a new black executive has experience onboarnding at liberty and I'm nt
O, mpt tjrpiwomg pit the b;aclmess fpr the sale ots a[art blackness

Jen told me she had an army of people to support Just tell me how you want it. I did that. What I asked for wasn't approved. Sent me to kara to work on how this woulc work…we agreed. Jen scrapped it. Here's what I would like. My predecessor asked for this support for years…I did what Jen wanted instead of what I asked for
Then after I have to go back to Brian . She needed a support person not a TA. Didn't give me what I asked for. Ilook like the ool…

I don't care if that looks different than what my peers have…
If there is a way to do it better we want to do it but when I try to do something different…im told I am im negative

Dawn is very politically correct and the black population here at Liberty feels that I hav met a lot to them and they echo that
There are companys like Liberty that are further are along because theya re willing to meove the needle and do the work to dismantle some of this stuff Liberty has been in the learning joyrney for so long when we will move past this stuff
We see it on EOS an enps wwhy aren't we doing ayting about it. You don't want me to do anything about it…you want me to turn into Liberty nice
I want to do meaningful work…If I am not wanted or valued I don't wanted
I am not all negative it's accurate…its not me.

I'm here…use me….
I think it is also important to be real and honest to make space for people that don't look like you or ackt like you…
We are not interested inseeing the real authentic Stacie…if you want just yes people

What is it you want?
All the things I said about if you truly do't want my perspective or experience or constructive feedback then I don't want to be here. If that is not going to balued here then no I don't want to be here. And that is how I feel right now that I am not valued. If you view all things as neg then this is not th epalce for me.

If that is the case we need to talk about the exit strategy

Maybe this is GRm..maybe this is Jen a dn I…maybe it's not

I will never stay somewhere where I am not valued or where I can't b my authentice self….
I know there are other people who are just as vocal who don't look like me who are successful have been given the right tools t yse their voice to move the needle

What is so different about me that the exit word comes up so quickly…I'm like wow…you are there already?

I feel like people get passes for (I don't think my behavior is poor) poor behavior. Two leaders who are horrible leadership skills, etc and they get ratings everyyear and they now want to

CONFIDENTIAL
McLean / Liberty Mutual

My boss is delegating her responsibilities by not having this conversation today…

Jen not wrapping her eyes around

I don't believe that you are paying me all this money to bumble around running reports

We have eought FTE to amek this model work…

I don't have the luxury to get stuff done through relationships because of all the changes ….

It's touch to d this in the first year….let along the first 30 days

Charlotte told her the differecet between you and a whole lot of people is that you are verbizing that you aren't going to things…others (like Charlotte) just don't do things but don't verbalize it

So maybe I just stop verbalizing what I'm not going to do…

Overlay being new to
Im trying to find my way…I fell like people forget that

Me: I tried to get her to think about different ways to approach things rather than not verbalizing….She said she understands how to vary your approach …. Been around the block.

I wouldn't have this conversation with anyone else…I have a repour with you…

I thanked her, told her I would be back in touch…and the meeting ended at 12:15

Kathy Jonas, SPHR, SHRM-SCP
VP, Senior Talent Advisor
Talent & Enterprise Services
Work: 715-261-5562
Mobile: 715-551-3845
Kathy.jonas@libertymutual.com

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

CONFIDENTIAL
McLean / Liberty Mutual