8:28

MF

Melanie >

Sep 15, 2021 at 6:05 AM

Good morning! Hope you are doing well
I wanted to let you know that I am going to be speaking with ER this morning about existing Stacie. Her negative attitude and behavior continue and Jen has received that same kind of feedback from Stacie's new stakeholders. I talked to Dawn yesterday and she agree although sad, it is time. Let me know if you have any questions. Thanks Melanie.

iMessage

McLean/Liberty Mutual

8:28

MF

Melanie >

Have we given her direct feedback about her attitude?

Yes. When Jen has talked to her about how we can help and what she needs she talked to her about expectations as well. Also Dawn and Charlotte discussed it with her when they chatted. I have also talked to her about it. Yesterday's rant was like she wants us to ask her to go.

I would want to approach it as a mutual separation I definitely want to dis-

iMessage

McLean/Liberty Mutual

8:28

MF

Melanie >

I would want to approach it as a mutual separation I definitely want to discuss before anything is said to Stacy

Yes for sure. I am just getting some information from ER to see what they think and then Jen and I will meet with you to discuss.

Sep 15, 2021 at 3:39 PM

Hello. Just wanted to circle back with you after talking with Stacie. Can you let me know when you have a quick min?

iMessage

McLean/Liberty Mutual

8:29

MF

Melanie >

I'm avail for 20 min

On cell

Sep 16, 2021 at 3:49 PM

Hello! Finished the 2nd meeting with Stacie and want to regroup with you on next steps. Can you let me know when you have a little time? Thanks

Sep 16, 2021 at 6:46 PM

Sorry - busy night 10am my time tomorrow I have 30 min break

iMessage

McLean/Liberty Mutual

8:29

Melanie

Sep 17, 2021 at 6:19 AM

Great. Thanks Melanie. I set up a teams meeting but just let me know if you would rather do cell.

I'll prob do cell so I can leisurely walk around my neighborhood while we talk

Sounds good. I'll just call you on your cell at 10.

Sep 22, 2021 at 7:06 AM

Good morning! Just wanted to let you know that Laticia and I are meeting with Stacie at

iMessage

McLean/Liberty Mutual

8:29

MF

Melanie >

Sep 22, 2021 at 7:06 AM

Good morning! Just wanted to let you know that Laticia and I are meeting with Stacie at 11:30 today to discuss her separation. Her last day will be Friday. I will let you know how it goes.

Sep 22, 2021 at 9:03 AM

Ok I'm sure you'll have a story for me

Oct 4, 2021 at 3:01PM

ELT meeting running over should be 5 min

iMessage

McLean/Liberty Mutual

12:20

55 Kathy

Sep 15, 2021 at 7:05 AM

Good morning! Hope you are doing well
I wanted to let you know that I am going to be speaking with ER this morning about existing Stacie. Her negative attitude and behavior continue and Jen has received that same kind of feedback from Stacie's new stakeholders. I talked to Dawn yesterday and she agree although sad, it is time. Let me know if you have any questions. Thanks Melanie.

Have we given her direct feedback about her attitude?

Yes. When Jen has talked to her about how we can help and what she needs she talked to her about expectations as well. Also Dawn and Charlotte discussed it with her when

iMessage

McLean/Liberty Mutual

12:20

55 Kathy

Yes. When Jen has talked to her about how we can help and what she needs she talked to her about expectations as well. Also Dawn and Charlotte discussed it with her when they chatted. I have also talked to her about it. Yesterday's rant was like she wants us to ask her to go.

I would want to approach it as a mutual separation I definitely want to discuss before anything is said to Stacy

Yes for sure. I am just getting some information from ER to see what they think and then Jen and I will meet with you to discuss.

Sep 15, 2021 at 4:39 PM

Hello. Just wanted to circle back with you after talking

iMessage

McLean/Liberty Mutual

12:20

Kathy

Sep 15, 2021 at 4:39 PM

Hello. Just wanted to circle back with you after talking with Stacie. Can you let me know when you have a quick min? Thanks

I'm avail for 20 min

On cell

Sep 16, 2021 at 4:49 PM

Hello! Finished the 2nd meeting with Stacie and want to regroup with you on next steps. Can you let me know when you have a little time? Thanks

Sep 16, 2021 at 7:46 PM

Sorry - busy night 10am my time tomorrow I have 30 min break

Sep 17, 2021 at 7:19 AM

iMessage

McLean/Liberty Mutual

12:20

Kathy

55

Sep 17, 2021 at 7:19 AM

Great. Thanks Melanie. I set up a teams meeting but just let me know if you would rather do cell.

I'll prob do cell so I can leisurely walk around my neighborhood while we talk

Sounds good. I'll just call you on your cell at 10.

Sep 22, 2021 at 8:06 AM

Good morning! Just wanted to let you know that Laticia and I are meeting with Stacie at 11:30 today to discuss her separation. Her last day will be Friday. I will let you know how it goes.

Sep 22, 2021 at 10:03 AM

Ok I'm sure you'll have a story for me

iMessage

McLean/Liberty Mutual