**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO.: 1:23-cv-897-LAF-JGM**

| | | |
|---|---|---|
| STACIE MCLEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE** |
| | ) | **REGARDING SETTLEMENT** |
| LIBERTY MUTUAL GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

Plaintiff Stacie McLean ("Stacie") and Defendant Liberty Mutual Group, Inc. ("Defendant" or "Liberty") reached a settlement at the May 12, 2026, Judicial Settlement Conference with Judge Joanna Gibson. (May 12, 2026, Dkt. Entry.) The Parties have diligently worked through successive drafts of a written settlement agreement since that date, but have not yet been able to execute an agreement. The Parties continue to work in good faith towards reducing their settlement to a signed, written agreement. Most recently, Plaintiff's counsel sent Defendant's counsel Plaintiff's edits on May 28, 2026. The Parties' counsel discussed Plaintiff's edits by phone on May 29, 2026. Defendant's counsel sent Plaintiff's counsel a new draft on June 10. Plaintiff's counsel has not yet been able to discuss that draft with Plaintiff.

On June 8, the Court entered a deadline of June 11 by which to file a stipulation of dismissal. However, the Parties are not yet in a position to dismiss this case. Plaintiff intends to move the Court to reset this deadline after an opportunity to meet and confer with Defendant. Likewise, Plaintiff anticipates filing a motion asking the Court to remove this case from the trial

1

calendar and stay all pre-trial deadlines in order to allow the parties to continue concentrating their efforts on successfully completing their negotiation of the written settlement agreement.

This the 11 day of June, 2026.

*/s/ Sean F. Herrmann*
Sean F. Herrmann
North Carolina Bar No. 44453
Kevin P. Murphy
North Carolina Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Suite 100
Charlotte, North Carolina 28204
Phone: 704-940-6399
Fax: 704-940-6407
Email: sean@herrmannmurphy.com
Email: kevin@herrmannmurphy.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court's CM/ECF system, which will

send electronic notice to Defendant's counsel of record as follows:

Nia Doaks
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP One
West Fourth Street, Suite 850
Winston-Salem, NC 27101
jstricklin@constangy.com
ndoaks@constangy.com

Laura Balson
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
20 North Wacker, Suite 4120
Chicago, IL 60606
lbalson@constangy.com

*Attorneys for Defendant*

This the 11th day of June, 2026.

/s/ Sean F. Herrmann
Sean F. Herrmann
North Carolina Bar No. 44453
Kevin P. Murphy
North Carolina Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Suite 100
Charlotte, North Carolina 28204
Phone: 704-940-6399
Fax: 704-940-6407
Email: kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*

3