**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO.: 1:23-cv-897-LAF-JGM**

| | |
|---|---|
| STACIE MCLEAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LIBERTY MUTUAL GROUP, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff Stacie McLean and Defendant Liberty Mutual Group, Inc., by and through undersigned counsel, and hereby stipulate that the above matter be Dismissed with Prejudice. All parties will bear their own attorney's fees and costs.

This the 14th day of July, 2026.

1

**/s/ Sean F. Herrmann**
Sean F. Herrmann
NC State Bar No. 44453
Kevin P. Murphy
NC State Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Suite 100
Phone: 704-940-6399
Fax: 704-940-6407
sean@herrmannmurphy.com
kevin@herrmannmurphy.com

*Attorneys for Plaintiff*

**/s/ Laura A. Balson**
Nia K. Doaks
NC State Bar No. 56472
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
One West Fourth Street
Suite 850
Winston-Salem, NC 27101
Telephone: 336-721-1001
Fax: 336-748-9112
ndoaks@constangy.com
Laura Balson
Illinois Bar No. 6291377
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
20 North Wacker, Suite 4120
Chicago, IL 60606
lbalson@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court's CM/ECF system, which will send electronic notice to Defendant's counsel of record as follows:

Nia Doaks
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP One
West Fourth Street, Suite 850
Winston-Salem, NC 27101
ndoaks@constangy.com

Laura Balson
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
20 North Wacker, Suite 4120
Chicago, IL 60606
lbalson@constangy.com

*Attorneys for Defendant*

This the 14th day of July, 2026.

*/s/ Sean F. Herrmann*
Sean F. Herrmann
North Carolina Bar No. 44453
Kevin P. Murphy
North Carolina Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Suite 100
Charlotte, North Carolina 28204
Phone: 704-940-6399
Fax: 704-940-6407
Email: kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*

3